**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steadfast Insurance Company, | ) | CV 13-00724-PHX-PGR |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| National Fire & Marine Insurance Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court having considered the stipulation of the parties (Doc. 35), and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff Steadfast to file a response to Defendant National Fire's Motion to Dismiss is extended to April 24, 2014.

DATED this 10th day of April, 2014.

Paul G. Rosenblatt
United States District Judge